UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00337-RJC-DCK

| | |
|---|---|
| **MARY HAGGINS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| **JEFF WHITE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court on its review of the docket in this matter.

Pro se Mary Haggins ("Plaintiff") filed a Complaint in this matter on July 12, 2021. [Doc. 1]. On July 29, 2021, the Court reviewed Plaintiff's motion to proceed in forma pauperis. [Doc. 3]. The Court denied Plaintiff's motion without prejudice because it was inconsistent and conflicted with information she had recently provided to the Court in another matter. [Id.]. The Court allowed Plaintiff 14 days to either pay the filing fee or to file an amended Application to proceed in forma pauperis. [Id. at 3]. The Court advised Plaintiff that this case would be dismissed without further notice and without prejudice should Plaintiff fail to comply with the Court's Order. [Id.]. Plaintiff has not complied. As such, the Court will dismiss this action.[1]

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**.

---

[1] The Court notes that, after Plaintiff filed the instant action, a pre-filing review system was imposed against Plaintiff in Case No. 3:21-cv-00340-MR to prevent Plaintiff's continued abuse of the judicial process by filing meritless pleadings with this Court. [Id., Doc. 8]. Pursuant to this system, all documents submitted by Plaintiff in the future, in any action in this District, will be pre-screened by the Court for content. Any proposed filings that are not made in good faith or which lack substance or merit will be returned to Plaintiff without further explanation. [Id.].

The Clerk is instructed to terminate this proceeding.

Signed: September 2, 2021

Robert J. Conrad, Jr.
United States District Judge